No. 100.   UNITED STATES *v.* BLOOM.

No. 299.   UNITED STATES *v.* EDENS ET AL., TRUSTEES.

No. 300.   UNITED STATES *v.* GENERAL ENGINEERING & MANUFACTURING Co.

Argued January 10, 1952.   Decided January 14, 1952. *Per Curiam:* The judgments are affirmed. *City of New York* v. *Saper,* 336 U. S. 328.   *I. Henry Kutz* argued the cause in No. 100, and *John F. Davis* argued the causes in Nos. 299 and 300, for the United States.   With them on the briefs were *Solicitor General Perlman* and *Acting Assistant Attorney General Slack.*   *Helen Goodner* was also with them on the brief in No. 100.   *Henry Hammer* argued the cause and filed a brief for respondents in No. 299.   *James S. McClellan* argued the cause, and *George C. Willson* filed a brief, for respondent in No. 300.   *Irwin Geiger* submitted on brief for respondent in No. 100.

No. 477.   GEUSS ET AL. *v.* PENNSYLVANIA.
*Per Curiam:* The appeal is dismissed for the want of a substantial federal question.   *Kovacs* v. *Cooper,* 336 U. S. 77.   MR. JUSTICE DOUGLAS dissents.   *Hayden C. Covington* for appellants.   *Ralph H. Griesemer* and *Joseph B. Walker* for appellee.

No. 409.   UNITED STATES *v.* SHOSO NII.   Appeal from the United States District Court for the Territory of Hawaii.   Dismissed on motion of counsel for the appellant.   *Solicitor General Perlman* for the United States.